# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHIN HIN YONG and LEE YEE YONG,

Appellants,

v.

WELLS FARGO BANK, N.A., as Successor in Interest to Wachovia Bank, N.A.; WELLS FARGO BANK, N.A.; DAVID CHIN; STIRLING HEIGHTS HOMEOWNERS ASSOCIATION, INC.; and ANY AND ALL UNKNOWN PARTIES,

Appellees.

No. 2D22-3329

_____

March 27, 2024

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Chin Yong and Lee Yong, pro se.

Tricia J. Duthiers of Liebler, Gonzalez & Portuondo, Miami, for Appellee Wells Fargo Bank, N.A., as Successor in Interest in Wachovia Bank, N.A.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.